MATTHEW J. LOMBARD  (SBN 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
XOCHIL AGUILERA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00240-JLT-SKO |
| Plaintiff, | **ORDER OF RELEASE** |
| v. | |
| XOCHIL AGUILERA, | Date:  July 24, 2023 |
| Defendant. | Courtroom: 4 |

IT IS HEREBY ORDERED:

XOCHIL AGUILERA (DOB:  07/01/1983; Fresno County Jail ID: 7104296; U.S. Marshals Reg. No. 20387-509) is ordered to be released forthwith from the custody of the United States Marshals Service. Defendant shall comply with all of the standard conditions of Pretrial Release and report to Pretrial Services, located at 2500 Tulare Street, 3rd Floor, Fresno, California 93721 upon release from custody.

IT IS SO ORDERED.

Dated:  **July 25, 2023**

_____
UNITED STATES DISTRICT JUDGE